## United States District Court for the Northern District of Illinois

Case Number: 07CV6264  Assigned/Issued By: KC

Judge Name: GUZMAN  Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00  Receipt #: 2310443

Date Payment Rec'd: 11/05/07  Fiscal Clerk: _____

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons  _____
[ ] Citation to Discover Assets  (Victim, Against and $ Amount)
[ ] Writ _____
(Type of Writ)

<u>1</u> Original and <u>0</u> copies on <u>11/05/07</u> as to <u>DEFENDANT</u>
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05