IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WEINSTEIN, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| | Civil Action No. 07-cv-6264 |
| v. | |
| | **Judge Guzman** |
| MERCHANTS' CREDIT GUIDE COMPANY, | |
| | **Magistrate Judge Valdez** |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jeffrey Weinstein hereby dismisses Defendant Merchants' Credit Guide Company with prejudice and states the following in support:

1. Plaintiff filed his Complaint on November 5, 2007. (Docket # 1).

2. Defendant has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Jeffrey Weinstein hereby dismisses Defendant Merchants' Credit Guide Company with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).


December 6, 2007        s/ Craig M. Shapiro
                        Craig M. Shapiro
                        O. Randolph Bragg
                        HORWITZ, HORWITZ & ASSOCIATES, LTD..
                        25 East Washington Street Suite 900
                        Chicago, Illinois 60602
                        (312) 372-8822
                        (312) 372-1673  (Facsimile)

                        ATTORNEYS FOR PLAINTIFF